# Third District Court of Appeal

**State of Florida**


Opinion filed January 13, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2188
Lower Tribunal No. 15-23741O
_____

**Alvin Higgs,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Spencer J. Multack, Judge.

Carlos J. Martinez, Public Defender, and Stephen J. Weinbaum, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, for appellee.


Before EMAS, C.J., and LOGUE and GORDO, JJ.

PER CURIAM.

Affirmed.